No. 04–10747. MENELIO-VIVAS v. UNITED STATES; and

No. 05–5107. ESTUPINAN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.